U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 13 2018

TONY R. MOORE, CLERK
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| | * | **18 U.S.C. § 1038(a)(1)(A)** |
| | * | **18 U.S.C. § 1038(c)** |
| **VERSUS** | * | |
| | * | |
| | * | 2:18-cr-00243 |
| **CLIFTON LAMAR DODD** | * | Unassigned District Judge<br>Magistrate Judge Kathleen Kay |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

**FALSE INFORMATION AND HOAXES—BIOLOGICAL AGENT**
**[18 U.S.C. § 1038(a)(1)(A)]**

On or about April 25, 2016, in the Western District of Louisiana, the defendant, CLIFTON LAMAR DODD, did knowingly engage in conduct with the intent to convey false and misleading information under circumstances where such information might reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 10 of Title 18 of the United States Code, that is, CLIFTON LAMAR DODD knowingly mailed from the Western District of Louisiana an envelope containing a white, powdery substance addressed to "U.S. Senate, PO Box 1001, Washington, DC 20510," with the intent to convey false and misleading information that the powder contained a biological agent and toxin, all in violation of Title 18, United States Code, Sections 1038 (a)(1)(A), and 1038(c). [18 U.S.C. §§ 1038(a)(1)(A) and 1038(c)].

## COUNT 2

### FALSE INFORMATION AND HOAXES—BIOLOGICAL AGENT
### [18 U.S.C. § 1038(a)(1)(A)]

On or about April 25, 2016, in the Western District of Louisiana, the defendant, CLIFTON LAMAR DODD, did knowingly engage in conduct with the intent to convey false and misleading information under circumstances where such information might reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 10 of Title 18 of the United States Code, that is, CLIFTON LAMAR DODD knowingly mailed from the Western District of Louisiana an envelope containing a white, powdery substance addressed to "US Senate, PO Box 1003, Washington, DC 20510," with the intent to convey false and misleading information that the powder contained a biological agent and toxin, all in violation of Title 18, United States Code, Sections 1038 (a)(1)(A), and 1038(c). [18 U.S.C. §§ 1038(a)(1)(A) and 1038(c)].

## COUNT 3

### FALSE INFORMATION AND HOAXES—BIOLOGICAL AGENT
### [18 U.S.C. § 1038(a)(1)(A)]

On or about April 25, 2016, in the Western District of Louisiana, the defendant, CLIFTON LAMAR DODD, did knowingly engage in conduct with the intent to convey false and misleading information under circumstances where such information might reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 10 of Title 18 of the United States Code, that is, CLIFTON LAMAR DODD knowingly mailed from the Western District of Louisiana an envelope containing a white, powdery substance addressed to "US Senate, PO Box 1005 Washington, D.C [sic] 20510," with the intent to convey false and misleading information

that the powder contained a biological agent and toxin, all in violation of Title 18, United States Code, Sections 1038 (a)(1)(A), and 1038(c). [18 U.S.C. §§ 1038(a)(1)(A) and 1038(c)].

## COUNT 4

### FALSE INFORMATION AND HOAXES—BIOLOGICAL AGENT
### [18 U.S.C. § 1038(a)(1)(A)]

On or about April 25, 2016, in the Western District of Louisiana, the defendant, CLIFTON LAMAR DODD, did knowingly engage in conduct with the intent to convey false and misleading information under circumstances where such information might reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 10 of Title 18 of the United States Code, that is, CLIFTON LAMAR DODD knowingly mailed from the Western District of Louisiana an envelope containing a white, powdery substance addressed to "U.S. Senate, PO Box 1007, Washington, D.C. 20510," with the intent to convey false and misleading information that the powder contained a biological agent and toxin, all in violation of Title 18, United States Code, Sections 1038 (a)(1)(A), and 1038(c). [18 U.S.C. §§ 1038(a)(1)(A) and 1038(c)].

A TRUE BILL:

REDACTED

GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

By: ______________________
T. FORREST PHILLIPS
(AL Bar #8736E29R)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501, (337) 262-6618