SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Court convened at 9:42 a.m. on September 13, 2018, and recessed at 9:53 a.m.

PRESENT:   Carol B. Whitehurst, Magistrate Judge, Presiding
Christina Chicola, Minute Clerk
Recorded: Liberty Court Recorder CRM6
Time in Court: 11 minutes

### GRAND JURY REPORT

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:18-CR-00239-01*** | X | |
| 2:18-CR-00241-01* | X | |
| 2:18-CR-00244-01* | X | |
| 2:18-CR-00245-01* | X | |
| 2:18-CR-00246-01*** | X | |
| 2:18-CR-00246-02*** | X | |
| 2:18-CR-00246-03*** | X | |
| 2:18-CR-00246-04*** | X | |
| 2:18-CR-00246-05*** | X | |
| 2:18-CR-00246-06*** | X | |
| 2:18-CR-00246-07 | X | |
| 2:18-CR-00246-08 | X | |
| 2:18-CR-00246-09 | X | |
| 2:18-CR-00247-01* | X | |
| 5:18-CR-00248-01* | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:18-CR-00237-01 | X | |
| 2:18-CR-00238-01 | X | |
| 2:18-CR-00240-01 | X | |
| 2:18-CR-00242-01* | X | |
| 2:18-CR-00242-02 | X | |
| 2:18-CR-00242-03 | X | |
| 2:18-CR-00242-04* | X | |
| 2:18-CR-00242-05* | X | |
| 2:18-CR-00242-06* | X | |
| 2:18-CR-00243-01* | X | |

X   Warrants/Summons ordered issued as indicated
\*   In Federal Custody
\*\*   Superseding Indictment
\*\*\*   State Custody