

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:18-CR-00243 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| CLIFTON LAMAR DODD | MAGISTRATE JUDGE KAY |

## VERDICT FORM

1. How do you find the defendant, Clifton Lamar Dodd, as to Count One of the Indictment, false information and hoaxes, hoax biological agent, in violation of 18 U.S.C. § 1038(a)(1)(A)?

    ____✓____ Guilty

    _____ Not Guilty

2. How do you find the defendant, Clifton Lamar Dodd, as to Count Two of the Indictment, false information and hoaxes, hoax biological agent, in violation of 18 U.S.C. § 1038(a)(1)(A)?

    ____✓____ Guilty

    _____ Not Guilty

3. How do you find the defendant, Clifton Lamar Dodd, as to Count Three of the Indictment false information and hoaxes, hoax biological agent, in violation of 18 U.S.C. § 1038(a)(1)(A)?

    ____✓____ Guilty

    _____ Not Guilty

4. How do you find the defendant, Clifton Lamar Dodd, as to Count Four of the Indictment, false information and hoaxes, hoax biological agent, in violation of 18 U.S.C. § 1038(a)(1)(A)?

_____✓_____ Guilty

_____ Not Guilty

SO SAY WE ALL THIS 15 DAY OF July, 2021.

*REDACTED*
FOREPERSON

Please give this Verdict Form to the Court Security Officer.